PS 8
(3/15)

Case 2:15-cr-00107-SAB   Document 43   Filed 12/10/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | De Prieta, Mario C. | Docket No. | 0980 2:15CR00107-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Patrick J. Dennis, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mario C. De Prieta, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 1st day of October, 2015, under the following conditions:

**Condition #1:** The defendant shall be restricted to his residence every day from 8:00 p.m. to 6:00 a.m.

In addition, the Defendant shall participate in some form of location monitoring (electronic monitoring, GPS monitoring, or voice recognition) and shall abide by all technology requirements. In the event the Defendant does not respond to the monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest, and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mario C. De Prieta violated condition number 13 of his pretrial release conditions by failing to remain at his residence between 8:00 p.m. and 6:00 a.m. on December 4, 2015.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   December 10, 2015 |
| by | s/Patrick J. Dennis |
|  | Patrick J. Dennis<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

December 10, 2015
_____
Date