Case 2:15-cr-00107-SAB    Document 48    Filed 01/07/16

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO C. DE PRIETA,<br><br>Defendant. | No. 2:15-CR-107-SAB<br><br>ORDER GRANTING MOTION TO MODIFY AND MOTION TO EXPEDITE |

Before the Court is Defendant's Motion to Modify Terms of Pretrial Release, ECF No. 46, and Motion to Expedite, ECF No. 47. Defendant seeks modification of his curfew restrictions so he may spend the night in Spokane following a pretrial conference on January 13, 2016, because of concerns about winter weather issues. Neither the U.S. Attorney nor the U.S. Probation office object to Defendant's request. Accordingly,

**IT IS ORDERED** Defendant's Motion to Modify Terms of Pretrial Release, **ECF No. 46,** and Motion to Expedite, **ECF No. 47,** are **GRANTED**. Defendant's curfew is modified to the extent he may spend the evening of January 13, 2016, in Spokane. He shall advise the U.S. Probation Office of his contact information during his stay in Spokane.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED January 7, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1