PROB 12C
(6/16)

Report Date: July 7, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mario C. De Prieta                  Case Number: 0980 2:15CR00107-SAB-1

Address of Offender:                           Clarkston, Washington 99403

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 21, 2016

Original Offense:       Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:      Prison 27 days;                Type of Supervision: Supervised Release
                        TSR - 60 days

Asst. U.S. Attorney:    Matthew F. Duggan              Date Supervision Commenced: April 22, 2016

Defense Attorney:       Federal Defender's Office      Date Supervision Expires: April 21, 2021

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 24**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mario De Prieta violated conditions of his supervised release by consuming methamphetamine on or about June 20, 2017, contrary to special condition number 16 of his supervised release. |
| | On April 29, 2016, Mario De Prieta signed his judgment for case number 2:15CR00107-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. De Prieta was made aware by his U.S. probation officer that he may not use illegal controlled substances while on supervised release |
| | On June 20, 2017, Mr. De Prieta reported as directed to the vendor site for his random drug test. The sample was tested and returned a presumptive positive reading for methamphetamine. The sample was forwarded to the laboratory for further confirmation. The sample was returned on June 27, 2017, as confirmed positive for methamphetamine. |

Prob12C
**Re: De Prieta, Mario C**
**July 7, 2017**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 7, 2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[XX]  The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

7/10/17

Date