PROB 12C
(6/16)

Report Date: July 31, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mario C. De Prieta                             Case Number: 0980 2:15CR00107-SAB-1

Address of Offender:                            Clarkston, Washington 99403

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: April 21, 2016

Original Offense:        Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:       Prison - 27 days;                Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Matthew F. Duggan                Date Supervision Commenced: April 22, 2016

Defense Attorney:        Federal Defender's Office        Date Supervision Expires: April 21, 2021

## PETITIONING THE COURT

   To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/07/2017, and 07/17/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mario De Prieta violated conditions of his supervised release by consuming methamphetamine on or about July 20, 2017, contrary to special condition number 16 of his supervised release.<br><br>On April 29, 2016, Mario De Prieta signed his judgment for case number 2:15CR00107-SAB-1, indicating he understood all conditions ordered by the Court.  Specifically, Mr. De Prieta was made aware by his U.S. probation officer that he may not use illegal controlled substances while on supervised release.<br><br>On July 20, 2017, Mr. De Prieta reported as directed to the vendor site for his random drug test. The sample was tested and returned a presumptive positive reading for methamphetamine.  The sample was forwarded to the laboratory for further confirmation.  The sample was returned on July 22, 2017, as confirmed positive for methamphetamine. |

Prob12C
**Re: De Prieta, Mario C**
**July 31, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/31/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[xx] Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

7/31/17

Date